IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:07cv294

| | |
|---|---|
| CHERYL M. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | **JUDGMENT** |

For the reasons stated in the Memorandum of Decision filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. 10] is **DENIED**; the Defendant's Motion for Summary Judgment [Doc. 13] is **ALLOWED**; the decision of the Commissioner denying benefits to the Plaintiff is **AFFIRMED**; and this matter is hereby **DISMISSED** in its entirety on the merits.

Signed: August 13, 2008

Martin Reidinger
United States District Judge